THOMAS E. MONTGOMERY, County Counsel
County of San Diego
By ERICA B. GARDNER, Senior Deputy (SBN 219129)
MELISSA M. HOLMES, Senior Deputy (SBN 220961)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 5279
E-mail: erica.gardner@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, William D. Gore and Rich Miller

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOROTHY MARAGLINO,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; WILLIAM D. GORE; RICH MILLER; EDNA MILLOY; SUSAN FISKE; BRIAN PATTERSON,<br><br>Defendants. | No.15cv0199-WQH-MDD<br>Complaint Filed: February 18, 2015<br><br>JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION<br><br>Courtroom: 14B<br>Judge: Hon. William Q. Hayes<br>Trial: None Set |

The parties hereby stipulate and jointly move the court for an order providing as follows:

1) That this action, in its entirety, as to all defendants and parties be dismissed with prejudice;

2) That the parties waive any and all claims to attorneys' fees and costs and shall bear their own attorneys' fees and costs in this action.

DATED: January 23, 2017

THOMAS E. MONTGOMERY, County Counsel

By: s/ERICA B. GARDNER, Senior Deputy
Attorneys for Defendants County of San Diego, William D. Gore and Rich Miller

DATED: 1/27/2017

DMaraglino

By: DOROTHY MARAGLINO,
Plaintiff